No. 12–7281. JOHNSON v. MAES ET AL. C. A. 5th Cir. Certiorari denied.

No. 12–7283. PLUMMER v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 12–7284. PALECEK v. JONES, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 12–7287. ROBERTS v. THOMAS, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 12–7288. BIRDETTE v. DISH NETWORK ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–7289. ALEXANDER v. GIPSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–7290. BOYD v. LEE, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 12–7292. BEST v. NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 12–7297. KY TAN LE v. SOCIAL SECURITY ADMINISTRATION. C. A. 4th Cir. Certiorari denied.

No. 12–7299. TABOR v. TERRELL, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 12–7302. LAMBERT v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 12–7309. WILSON v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 12–7310. JIMENEZ v. ROWE ET AL. C. A. 9th Cir. Certiorari denied.